Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>WALGREENS CO., an Illinois Corporation; TOUCHSPORT FOOTWEAR USA INC., a California Corporation; and DOES 1-10, inclusive,<br><br>            Defendants. | CASE NO. 12-CV-08579-RGK (Ex)<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**Hon. R. Gary Klausner** |

   IT IS HEREBY ORDERED that this entire action shall be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a). Each party shall bear their own attorneys' fees and costs associated with this action.

DATED:   July 25, 2013         By: _____
                                                    R. Gary Klausner
                                                    **United States District Court**